JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

VICTOR ROQUE,

Plaintiff,

v.

QUALITY LOAN SERVICE CORPORATION; AURORA LOAN SERVICES LLC; MERSCORP INC.; and DOES 1 to 20, inclusive,

Defendants.

Case No.:  CV09-8481 SJO (SS)

**JUDGMENT OF DISMISSAL**

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

On February 11, 2010, the Court granted Defendants Aurora Loan Services LLC and MERSCORP Inc.'s Motion to Dismiss Plaintiff's Complaint.  The Court further gave Plaintiff Victor Roque until March 2, 2010 to file an amended complaint to cure the defects in the original pleading.  To date, Plaintiff has not filed an amended complaint, and his time for doing so has expired.

As Plaintiff has failed to amend his Complaint within the time allowed by the Court, and for the reasons explained in the Court's Order Granting Defendants' Motion to Dismiss Plaintiff's Complaint, the Court hereby DISMISSES THE CASE WITHOUT PREJUDICE.

IT IS SO ORDERED.

March 10, 2010

Dated: _____     By:_____

Hon. Hon. S. James Otero
Judge of United States District Court

1

**JUDGMENT OF DISMISSAL**

CA09-51627